PHILLIP A. TALBERT
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099
Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:17-CR-00071 LJO |
|---|---|
| Plaintiff, | STIPULATION TO VACATE HEARING ON MOTION FOR DISCOVERY AND ORDER |
| v. | |
| BRYAN KEITH WASHINGTON, AND KWESI JAMAR COKER, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Eric Kersten and John Meyer, attorneys for the defendants, that the motion hearing set for December 18, 2017 before the Honorable Sheila K. Oberto be vacated. The reason for the request is that the parties agree that no disputed discovery issues remain for the Court to decide, and a trial date is in place for June 12, 2018.
.

Dated: December 15, 2017                    Respectfully submitted,

                                                          PHILLIP A. TALBERT
                                                          United States Attorney

                                        By     /s/ Kimberly A. Sanchez
                                                 KIMBERLY A. SANCHEZ
                                                 Assistant U.S. Attorney

Stipulation                                               1

| | | |
|---|---|---|
| Dated: December 15, 2017 | | /s/ Eric Kersten<br>ERIC KERSTEN<br>Attorney for Bryan Keith Washington |
| Dated: December 15, 2017 | | /s/ John Meyer<br>JOHN MEYER<br>Attorney for KWESI JAMAR COKER |

**ORDER**

IT IS SO ORDERED.

Dated: **December 15, 2017**    /s/ *Sheila K. Oberto*
                                    UNITED STATES MAGISTRATE JUDGE

Stipulation