1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  ERIC V. KERSTEN, Bar #226429
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   BRYAN KEITH WASHINGTON

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,            Case No. 1:17-cr-00071 LJO
                                         Case No. 1:05-cr-00223 LJO
12             Plaintiff,
                                         ORDER FOR RELEASE  FROM CUSTODY
13  vs.                                  AND MODIFICATION OF CONDITIONS OF
                                         SUPERVISED RELEASE
14  BRYAN KEITH WASHINGTON,

15             Defendant.                Judge:  Hon. Lawrence J. O'Neill

16

17         This matter came before the court for hearing on September 4, 2018.  GOOD CAUSE

18  APPEARING, IT IS HEREBY ORDERED that Defendant Bryan Keith Washington shall be

19  released from custody at the Fresno County Jail on the following conditions:

20         1.  Mr. Washington shall be released from custody at the Fresno County Jail at 6:30 a.m.,
               on Thursday, September 6, 2018, for the purpose of obtaining an assessment to
21             determine his eligibility for acceptance into the Delancey Street San Francisco
               residential substance abuse treatment program, located at 600 Embarcadero, San
22             Francisco, California.

23         2.  Mr. Washington shall be released to the third party custody of Kevin Mitchel, of the
               Office of the Federal Defender, to be transported directly to Delancey Street San
24             Francisco.

25         3.  Provided Mr. Washington is accepted into the Delancey Street residential substance
               abuse treatment program, Mr. Washington shall remain at Delancey Street San
26             Francisco, where he shall reside and participate fully and complete their 24 month
               treatment program.

27

28         //

4. In the event Mr. Washington is not accepted into the Delancey Street residential substance abuse treatment program, Bryan Washington shall remain in the third party custody of Kevin Mitchell who shall transport him directly to the Fresno County Jail, in Fresno, California, where Mr. Washington shall be returned to custody pending disposition of his previously admitted supervised release violation, and new law violation

IT IS SO ORDERED.

Dated: __**September 4, 2018**__ ____**/s/ Lawrence J. O'Neill** _____
UNITED STATES CHIEF DISTRICT JUDGE