1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  ERIC V. KERSTEN, Bar #226429
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Counsel for Defendant
6  Bryan Washington

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        | Case No.  1:17-cr-00071-DAD-SKO
12 |         *Plaintiff,*             | STIPULATION TO CONTINUE STATUS
   |                                  | CONFERENCE, AND ORDER THEREON
13 | vs.                              |
   |                                  | Date:   July 18, 2022
14 | BRYAN WASHINGTON,                | Time:   2:00 p.m.
   |                                  | Judge:  Hon. Barbara A. McAuliffe
15 |         *Defendant.*             |

16

17

18       IT IS HEREBY STIPULATED by and between the parties hereto through their respective

19 counsel, LAUREL J. MONTOYA, Assistant United States Attorney, counsel for plaintiff, and

20 ERIC V. KERSTEN, Assistant Federal Defender, counsel for defendant Bryan Washington, that

21 The status conference scheduled for May 31, 2022 may be continued to July 18, 2022, or the

22 soonest date thereafter convenient to the court.

23       This continuance is requested to allow time for additional investigation to allow the parties

24 time to determine how best to proceed at the upcoming status conference.

25       The parties agree that any delay resulting from the continuance shall be excluded as

26 necessary for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and

27 3161(B)(iv).  For this reason, the ends of justice served by the granting of the requested

28 continuance outweigh the interests of the public and the defendant in a speedy trial.

|  |  |
|---|---|
|  | PHILLIP A. TALBERT<br>United States Attorney |
| DATED: May 26, 2022 | By: /s/ *Laurel J. Montoya*<br>LAUREL J. MONTOYA<br>Assistant U. S. Attorney<br>Attorney for Plaintiff |
|  | HEATHER E. WILLIAMS<br>Federal Defender |
| DATED: May 26, 2022 | By: /s/ *Eric V. Kersten*<br>ERIC V. KERSTEN<br>Assistant Federal Defender<br>Attorney for Defendant<br>Bryan Washington |

**ORDER**

IT IS SO ORDERED that the status conference is continued from May 31, 2022, to **July 18, 2022, at 2:00 p.m. before Magistrate Judge Barbara A. McAuliffe**.

IT IS SO ORDERED.

Dated:  **May 26, 2022**          /s/ *Barbara A. McAuliffe*
                                 UNITED STATES MAGISTRATE JUDGE