1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  ERIC V. KERSTEN, Bar #226429
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California 93721-2226
   Telephone: (559) 487-5561
5
   Counsel for Defendant
6  Bryan Washington

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>vs.<br><br>BRYAN WASHINGTON,<br><br>*Defendant.* | Case No. 1:17-cr-00071 DAD<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER THEREON<br><br>Date: August 8, 2022<br>Time: 2:00 p.m.<br>Judge: Hon. Barbara A. McAuliffe |

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, LAUREL J. MONTOYA, Assistant United States Attorney, counsel for plaintiff, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for defendant Bryan Washington, that The status conference scheduled for July 18, 2022 may be continued to August 8, 2022, or the soonest date thereafter convenient to the court.

    This continuance is requested to allow time for additional investigation to allow the parties time to determine how best to proceed at the upcoming status conference. The United States probation Office does not object to this continuance.

    The parties agree that any delay resulting from the continuance shall be excluded as necessary for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(B)(iv).  For this reason, the ends of justice served by the granting of the requested

1 | continuance outweigh the interests of the public and the defendant in a speedy trial.

                                                PHILLIP A. TALBERT
                                                United States Attorney

6 | DATED: July 13, 2022                 By:    /s/ *Laurel J. Montoya*
                                                         LAUREL J. MONTOYA
                                                         Assistant U. S. Attorney
                                                         Attorney for Plaintiff

                                                HEATHER E. WILLIAMS
                                                Federal Defender

12 | DATED: July 13, 2022                By:    /s/ *Eric V. Kersten*
                                                          ERIC V. KERSTEN
                                                         Assistant Federal Defender
                                                         Attorney for Defendant
                                                         Bryan Washington

## **O R D E R**

IT IS HEREBY ORDERED that the above request to continue the status conference re violation of supervised release is granted. The hearing is continued from July 18, 2022 before Magistrate Judge Barbara A. McAuliffe to **August 8, 2022 at 2:00 pm before Magistrate Judge Erica P. Grosjean.**

IT IS SO ORDERED.

Dated:   **July 13, 2022**                       /s/ *Barbara A. McAuliffe*
                                                   UNITED STATES MAGISTRATE JUDGE