PHILLIP A. TALBERT
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRYAN KEITH WASHINGTON,<br><br>Defendant. | CASE NO. 1:17-CR-00071-JLT-SKO<br><br>STIPULATION AND ORDER RE: DISMISSAL OF PETITION AND MODIFICATION OF SUPERVISED RELEASE TERMS<br><br>DATE: August 22, 2022<br>TIME: 9:00 a.m.<br>COURT: Hon. Jennifer L. Thurston |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on August 8, 2022.

2. By this stipulation, the government now moves to dismiss the petition filed May 2, 2022 (Doc. 80) subject to the following conditions:

   a. Defendant will remain on supervised release under the same terms and conditions;

   b. Defendant further agrees to have no contact with the victim in the underlying petition subject to any orders issued by the Family Court relating to custody and visitation regarding defendant and victim's minor child.

///

///

STIPULATION AND ORDER                                    1

IT IS SO STIPULATED.

Dated:  August 15, 2022                           PHILLIP A. TALBERT
                                                  United States Attorney

                                           By:  /s/ LAUREL J. MONTOYA
                                                  LAUREL J. MONTOYA
                                                  Assistant United States Attorney

Dated:  August 15, 2022                           /s/ ERIC V. KERSTEN
                                                  ERIC V. KERSTEN
                                                  Counsel for defendant
                                                  BRYAN KEITH WASHINGTON

## ORDER

The petition filed May 2, 2022 (Doc. 80) is hereby dismissed and the defendant's terms and conditions of supervised release are modified as set forth above.

IT IS SO ORDERED.

Dated:   **August 15, 2022**                           _____
                                                       UNITED STATES DISTRICT JUDGE